[No. 41722-7-II.  Division Two.  August 21, 2012.]

*In the Matter of the Marriage of* SANDRA PETRANEK, *Respondent*, and BRUCE BLATCHLEY, *Appellant*.

Appeal from a judgment of the Superior Court for Jefferson County, No. 07-3-00172-0, Craddock D. Verser, J., entered December 22, 2010. *Affirmed* by unpublished opinion per Penoyar, J., concurred in by Armstrong, J.; Johanson, A.C.J., dissenting.

[No. 41745-6-II.  Division Two.  August 21, 2012.]

THE STATE OF WASHINGTON, *Respondent*, v. ARTHUR E. SHAW, *Appellant*.

Appeal from a judgment of the Superior Court for Grays Harbor County, No. 10-1-00271-8, Gordon Godfrey, J., entered January 31, 2011. *Affirmed* by unpublished opinion per Johanson, A.C.J., concurred in by Quinn-Brintnall and Van Deren, JJ.

[No. 41748-1-II.  Division Two.  August 21, 2012.]

THE STATE OF WASHINGTON, *Respondent*, v. JAMES TRUJILLO, *Appellant*.

Appeal from a judgment of the Superior Court for Pierce County, No. 10-1-01300-0, Edmund Murphy, J., entered December 6, 2010. *Affirmed* by unpublished opinion per Penoyar, J., concurred in by Armstrong and Hunt, JJ.

[No. 42119-4-II.  Division Two.  August 21, 2012.]

THE STATE OF WASHINGTON, *Respondent*, v. BUDDY DUANE JENKINS, *Appellant*.

Appeal from a judgment of the Superior Court for Cowlitz County, No. 08-1-01275-9, Stephen M. Warning, J., entered May 10, 2011. *Reversed* and *remanded with instructions* by unpublished opinion per Penoyar, J., concurred in by Armstrong and Hunt, JJ.